IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

IN RE:  
PREMPRO PRODUCTS LIABILITY  
LITIGATION

: MDL DOCKET NO. 4:03-CV-1507-BRW  
:  
:  
:  
:

## ORDER

The pending motions to dismiss in the cases listed below are GRANTED and the CASES are DISMISSED with PREJUDICE.

Case No.: 4:04-cv-01204-BRW – Jo Delonga v. Pfizer, Inc., et al  
Case No.: 4:04-cv-01272-BRW – Sharon Bland v. Greenstone, Ltd., et al  
Case No.: 4:05-cv-00381-BRW – Ofelia Rodriguez, et al v. Does 1-10, et al  
Case No.: 4:05-cv-00492-BRW – Linda F. Phillips v. Greenstone, Ltd., et al  
Case No.: 4:05-cv-00499-BRW – Peggy Joy Curton v. Pfizer, Inc., et al  

Case No.: 4:05-cv-00966-BRW – Lourdes Sarmiento, et al v. Greenstone, Ltd., et al  
Case No.: 4:05-cv-00967-BRW – Margaret Sah v. Greenstone, Ltd., et al  
Case No.: 4:05-cv-00971-BRW – Mildred De Vos, et al v. Annette Giannini, et al  
Case No.: 4:05-cv-00972-BRW – Cary Bossi, et al v. Does 1-100, et al  
Case No.: 4:05-cv-00973-BRW – Debby Bellingham, et al v. Annette Giannini, et al  

Case No.: 4:05-cv-00976-BRW – Guynith Pierre, et al v. Annette Giannini, et al  
Case No.: 4:05-cv-00977-BRW – Bruna Campus, et al v. Greenstone, Ltd., et al  
Case No.: 4:05-cv-01009-BRW – Rochelle Draski v. Pfizer, Inc., et al  
Case No.: 4:05-cv-01055-BRW – Joan Rankin, et al v. ESI Lederle, et al  
Case No.: 4:05-cv-01247-BRW – Kathi Porter, et al v. Greenstone, Ltd., et al  

Case No.: 4:05-cv-01248-BRW – Carol Schoenberg v. Does 1-100, et al  
Case No.: 4:05-cv-01376-BRW – Vicki Ekbom, et al v. Does 1-100, et al  
Case No.: 4:05-cv-01402-BRW – Laura Byrd, et al v. Does 1-100, et al  
Case No.: 4:05-cv-01423-BRW – Gloria Shreve v. Greenstone, Ltd., et al  
Case No.: 4:05-cv-01432-BRW – Linda Boonstra v. Pfizer, Inc., et al  

Case No.: 4:05-cv-01463-BRW – Martez Sanford v. Pfizer, Inc., et al  
Case No.: 4:05-cv-01534-BRW – Antoinette Edwards v. Greenstone, Ltd., et al  
Case No.: 4:05-cv-01594-BRW – Glenda Beebe v. Pfizer, Inc., et al  
Case No.: 4:05-cv-01605-BRW – Peggy Pogue v. Does 1-100, et al  
Case No.: 4:05-cv-01796-BRW – Kirk Muller, et al v. Wyeth, et al

Case No.: 4:05-cv-01797-BRW – Margaret Cox v. Pfizer, Inc., et al
Case No.: 4:05-cv-01825-BRW – Marie Shiohira, et al v. Greenstone, Ltd., et al
Case No.: 4:06-cv-00067-BRW – Marcia Brous v. Pfizer, Inc., et al
Case No.: 4:06-cv-00154-BRW – Margery Sochan v. Wyeth, et al
Case No.: 4:06-cv-00207-BRW – Betty Pow v. Wyeth, et al

Case No.: 4:06-cv-00271-BRW – Roberta Purcell v. Pfizer, Inc., et al
Case No.: 4:06-cv-00429-BRW – Eleanor Doering v. Wyeth, et al
Case No.: 4:06-cv-00457-BRW – Sheila Dolan v. Wyeth, et al
Case No.: 4:06-cv-00479-BRW – Grace Carpenter v. Greenstone, Ltd., et al
Case No.: 4:06-cv-00559-BRW – Virginia Dunn v. Pfizer, Inc., et al

Case No.: 4:06-cv-00585-BRW – Linda Salnave v. Wyeth, et al
Case No.: 4:06-cv-00626-BRW – Charlene Doty Ryan v. Greenstone, Ltd., et al
Case No.: 4:06-cv-00634-BRW – Emma Bowers v. Pfizer, Inc., et al
Case No.: 4:06-cv-00709-BRW – Elia Revilla v. Pfizer, Inc., et al
Case No.: 4:06-cv-00912-BRW – Desda Chriss v. Greenstone, Ltd., et al

Case No.: 4:06-cv-01016-BRW – Jacqueline Dold v. Pfizer, Inc., et al
Case No.: 4:06-cv-01030-BRW – Suzanne Downs-Breo v. Pfizer, Inc. et al
Case No.: 4:06-cv-01353-BRW – Frankie Still v. Greenstone, Ltd., et al
Case No.: 4:06-cv-01420-BRW – Jane Scherer v. Pfizer, Inc., et al
Case No.: 4:06-cv-01544-BRW – James C. Romel, et al v. Pfizer, Inc., et al

Case No.: 4:07-cv-00105-BRW – Barbara Cox v. Greenstone, Ltd., et al
Case No.: 4:07-cv-00127-BRW – Rhoda Becker v. Parke-Davis, et al
Case No.: 4:07-cv-00128-BRW – Peter Doctors, et al v. Pfizer, Inc., et al
Case No.: 4:07-cv-00190-BRW – Jerry Podesta, et al v. Pfizer, Inc., et al
Case No.: 4:10-cv-00206-BRW – Connie Doty, et al v. Pfizer, Inc., et al

Case No.: 4:10-cv-00209-BRW – Judith Proctor v. Wyeth, et al
Case No.: 4:10-cv-00410-BRW – Margaret Peterson v. Wyeth, et al
Case No.: 4:10-cv-00411-BRW – Ann Eidsmo v. Pfizer, Inc., et al
Case No.: 4:10-cv-00423-BRW – Karen Calvert v. Pfizer, Inc., et al
Case No.: 4:10-cv-00431-BRW – Janis Clothier v. Pfizer, Inc., et al

Case No.: 4:10-cv-00432-BRW – Dorothy Craythorn v. Pfizer, Inc., et al
Case No.: 4:10-cv-00447-BRW – Celeste Boyd v. Pfizer, Inc., et al
Case No.: 4:10-cv-00448-BRW – Loretta Butler v. Wyeth, et al
Case No.: 4:10-cv-00449-BRW – Patricia Behning v. Pfizer, Inc., et al
Case No.: 4:10-cv-00452-BRW – Mary Bertlshofer v. Parke-Davis, et al

Case No.: 4:10-cv-00490-BRW – Heather Diaz, et al v. Wyeth, et al
Case No.: 4:10-cv-00494-BRW – Deborah Strauss v. Pfizer, Inc., et al
Case No.: 4:10-cv-00500-BRW – Mary Ann Sparks v. Greenstone, Ltd., et al
Case No.: 4:10-cv-00503-BRW – Carolyn Courtney v. Pfizer, Inc., et al
Case No.: 4:10-cv-00504-BRW – Christina Dickenson, et al v. Wyeth, et al

Case No.: 4:10-cv-00575-BRW – Bonnie Pierson v. Pfizer, Inc., et al
Case No.: 4:10-cv-00582-BRW – Carolyn Seward v. Greenstone, Ltd., et al
Case No.: 4:10-cv-00585-BRW – Dorothy Shaw v. Pfizer, Inc., et al
Case No.: 4:10-cv-00588-BRW – Jeanette Bierschwale v. Wyeth, et al
Case No.: 4:10-cv-00589-BRW – Clar A. Ivarone, et al v. Wyeth, et al

Case No.: 4:10-cv-00592-BRW – Alvinelle DuMenil v. Pfizer, Inc., et al
Case No.: 4:10-cv-00599-BRW – Betty Stegmiller v. Pfizer, Inc., et al
Case No.: 4:10-cv-00603-BRW – Mary Powell v. Wyeth, et al
Case No.: 4:10-cv-00606-BRW – Sharon Simonson v. Greenstone, Ltd., et al
Case No.: 4:10-cv-00608-BRW – Margaretha Swope v. Pfizer, Inc., et al

Case No.: 4:10-cv-00614-BRW – Sandra Steer v. Pfizer, Inc., et al
Case No.: 4:10-cv-00615-BRW – Lucille Spitaletto v. Pfizer, et al
Case No.: 4:10-cv-00618-BRW – Bertha Bell v. Greenstone, Ltd., et al
Case No.: 4:10-cv-00625-BRW – Diane Chrisman v. Pfizer, Inc., et al
Case No.: 4:10-cv-00628-BRW – Loretta Schwartz v. Pfizer, Inc., et al

Case No.: 4:10-cv-00633-BRW – Marilyn Boyce v. Wyeth, et al
Case No.: 4:10-cv-00642-BRW – Dorothy Elliott v. Wyeth, et al
Case No.: 4:10-cv-00649-BRW – William Erickson, et al v. Greenstone, Ltd., et al
Case No.: 4:10-cv-00668-BRW – Dee H. DeLuca v. Pfizer, Inc., et al
Case No.: 4:10-cv-00670-BRW – Jean Bettger v. Pfizer, Inc., et al

Case No.: 4:10-cv-00679-BRW – Stacy Emerine, et al v. Pfizer, Inc., et al
Case No.: 4:10-cv-00684-BRW – Robena DuPlantis v. Pfizer Inc., et al
Case No.: 4:10-cv-00685-BRW – Gregory Bell, et al v. Pfizer, Inc., et al
Case No.: 4:10-cv-00686-BRW – Dawn Knowlton, et al v. Wyeth, et al
Case No.: 4:10-cv-00689-BRW – Patsy Campbell v. Wyeth, et al

Case No.: 4:10-cv-00690-BRW – Charlene Billingsley v. Wyeth, et al
Case No.: 4:10-cv-00692-BRW – Norma Pollack v. Wyeth, et al
Case No.: 4:10-cv-00694-BRW – Stephen Fisch, et al v. Wyeth, et al
Case No.: 4:10-cv-00699-BRW – Joann Pawek v. Pfizer, Inc., et al
Case No.: 4:10-cv-00701-BRW – Diana J. Smith v. Pfizer, Inc., et al

Case No.: 4:10-cv-00702-BRW – Marcia Peterson v. Wyeth, et al
Case No.: 4:10-cv-00731-BRW – Carol Sharp v. Wyeth, et al
Case No.: 4:10-cv-00738-BRW – Marsha Embry Maddox, et al v. Wyeth, et al
Case No.: 4:10-cv-00739-BRW – Margaret Pruitt v. Wyeth, et al
Case No.: 4:10-cv-00740-BRW – Rebecca Lea Lange, et al v. Pfizer, Inc., et al

Case No.: 4:10-cv-00741-BRW – Sandra Rhodes v. Pfizer, Inc., et al
Case No.: 4:10-cv-00742-BRW – Sammie Scott v. Pfizer, Inc., et al
Case No.: 4:10-cv-00745-BRW – Frances Ramsey v. Pfizer, Inc., et al
Case No.: 4:10-cv-00747-BRW – Joan Carlton v. Wyeth, et al
Case No.: 4:10-cv-00757-BRW – Sharon Eckels v. Greenstone, Ltd., et al

Case No.: 4:10-cv-00758-BRW – Joanne Dula v. Wyeth, et al
Case No.: 4:10-cv-00776-BRW – Mary Swisher v. Pfizer, Inc., et al
Case No.: 4:10-cv-00779-BRW – Myrnalee Schaffer v. Pfizer, Inc., et al
Case No.: 4:10-cv-00781-BRW – Kathryne Sanders v. Wyeth, et al
Case No.: 4:10-cv-00783-BRW – Nancy Pebbles v. Pfizer, Inc., et al

Case No.: 4:10-cv-00784-BRW – Roberta Renkiewicz v. Greenstone, Ltd., et al
Case No.: 4:10-cv-00790-BRW – Myrta Richter v. Pfizer, Inc., et al
Case No.: 4:10-cv-00791-BRW – Marlys Peterson v. Wyeth, et al
Case No.: 4:10-cv-00793-BRW – Benita Ricci v. Wyeth, et al
Case No.: 4:10-cv-00795-BRW – Norma Saenz v. Pfizer, Inc., et al

Case No.: 4:10-cv-00799-BRW – Carole Day v. Pfizer, Inc.
Case No.: 4:10-cv-00803-BRW – Mary Ann Boorn v. Pfizer, Inc., et al
Case No.: 4:10-cv-00804-BRW – Mariel Reinhardt v. Pfizer, Inc., et al
Case No.: 4:10-cv-00806-BRW – Terese Salehyar v. Greenstone, Ltd., et al
Case No.: 4:10-cv-00807-BRW – Joseph Peterson, et al v. Greenstone, Ltd., et al

Case No.: 4:10-cv-00808-BRW – Joan Campbell v. Greenstone, Ltd., et al
Case No.: 4:10-cv-00819-BRW – Marlene Eden v. Pfizer, Inc., et al
Case No.: 4:10-cv-00825-BRW – Olivia Robie v. Pfizer, Inc., et al
Case No.: 4:10-cv-00838-BRW – Susan Clouser v. Wyeth, et al
Case No.: 4:10-cv-00846-BRW – Sharon Bolster v. Pfizer, Inc., et al

Case No.: 4:10-cv-00847-BRW – Vera Carter v. Pfizer, Inc., et al
Case No.: 4:10-cv-00858-BRW – Mary Rutherford v. Pfizer, Inc., et al
Case No.: 4:10-cv-00860-BRW – Katherine Boulden v. Wyeth, et al
Case No.: 4:10-cv-00863-BRW – Ruth Deutschman v. Wyeth, et al
Case No.: 4:10-cv-00878-BRW – Sara Erickson v. Wyeth, et al

Case No.: 4:10-cv-00880-BRW – Sharon Dalluge v. Wyeth, et al
Case No.: 4:10-cv-00884-BRW – Carole Dalida v. Pfizer, Inc., et al
Case No.: 4:10-cv-00888-BRW – Geraldine Conroy v. Pfizer, Inc., et al
Case No.: 4:10-cv-00889-BRW – Paula Campbell v. Pfizer, Inc., et al
Case No.: 4:10-cv-00900-BRW – Georgetta Downey v. Pfizer Inc., et al

Case No.: 4:10-cv-00915-BRW – Leonard Rosenberg, et al v. Wyeth, et al
Case No.: 4:10-cv-00917-BRW – Helen Pillion v. Pfizer, Inc., et al
Case No.: 4:10-cv-00918-BRW – Elnora Edwards v. Monarch Pharmaceuticals, et al
Case No.: 4:10-cv-00919-BRW – Gladys Rodriguez v. Greenstone, Ltd., et al
Case No.: 4:10-cv-00920-BRW – Linda Conn v. Pfizer, Inc., et al

Case No.: 4:10-cv-00925-BRW – Glade Eckert v. Pfizer, Inc., et al
Case No.: 4:10-cv-00953-BRW – Bernice Rodgers v. Wyeth, et al
Case No.: 4:10-cv-00962-BRW – Tammy McWherter, et al v. Pfizer, Inc., et al
Case No.: 4:10-cv-01038-BRW – Barbara Calease v. Wyeth, et al
Case No.: 4:10-cv-01066-BRW – Shirley Sprowles v. Pfizer, Inc., et al

Case No.: 4:10-cv-01136-BRW – Lavonne Strickland v. Wyeth, et al
Case No.: 4:10-cv-01208-BRW – Margaret Smeltzer v. Parke-Davis, et al
Case No.: 4:10-cv-01210-BRW – Kristan Love, et al v. Pfizer, Inc., et al
Case No.: 4:10-cv-01215-BRW – Ronald Crite, et al v. Pfizer, Inc., et al
Case No.: 4:10-cv-01216-BRW – Marilyn Plemmons v. Pfizer, Inc., et al

Case No.: 4:10-cv-01217-BRW – Mary C. Andrews, et al v. Wyeth, et al
Case No.: 4:10-cv-01225-BRW – Douglas R. Sperling, et al v. Pfizer, Inc., et al
Case No.: 4:10-cv-01227-BRW – Muriel Denman v. Pfizer, Inc., et al
Case No.: 4:10-cv-01228-BRW – Mary Blekeberg v. Pfizer, Inc., et al
Case No.: 4:10-cv-01234-BRW – Mary Lou Pipins v. Pfizer, Inc., et al

Case No.: 4:10-cv-01238-BRW – R. Scott Rodie, et al v. Pfizer, Inc., et al
Case No.: 4:10-cv-01243-BRW – Dorothy Stier v. Pharmacia & Upjohn, et al
Case No.: 4:10-cv-01260-BRW – Donna Smith v. Wyeth, et al
Case No.: 4:10-cv-01263-BRW – Sharon Bohanan v. Wyeth, et al
Case No.: 4:10-cv-01264-BRW – Joanette Bryant v. Wyeth, et al

Case No.: 4:10-cv-01274-BRW – Alice Benton v. Wyeth, et al
Case No.: 4:10-cv-01276-BRW – Sandra Betterton v. Pfizer, Inc., et al
Case No.: 4:10-cv-01277-BRW – Eva Clark v. Greenstone, Ltd., et al
Case No.: 4:10-cv-01278-BRW – James Burchett, et al v. Pfizer, Inc., et al
Case No.: 4:10-cv-01279-BRW – Carole Clements v. Greenstone, Ltd., et al

Case No.: 4:10-cv-01280-BRW – Agnes Datko v. Wyeth, et al
Case No.: 4:10-cv-01281-BRW – Sally Carb v. Pharmacia & Upjohn Company, LLC, et al
Case No.: 4:10-cv-01292-BRW – Mary Jo Schramm v. Pfizer, Inc., et al
Case No.: 4:10-cv-01293-BRW – Beverly Rose v. Pfizer, Inc., et al
Case No.: 4:10-cv-01296-BRW – Shirley Sutherlin v. Wyeth, et al

Case No.: 4:10-cv-01297-BRW – Carol Ann Schubeler v. Pfizer, Inc., et al
Case No.: 4:10-cv-01300-BRW – Jean Stamm v. Greenstone, Ltd., et al
Case No.: 4:10-cv-01301-BRW – Carol Smith v. Pfizer, Inc., et al
Case No.: 4:10-cv-01303-BRW – Shirley Ruzowski v. Pfizer, Inc., et al
Case No.: 4:10-cv-01309-BRW – Janice Carey v. Pfizer, Inc., et al

Case No.: 4:10-cv-01311-BRW – Jane Dean v. Pfizer, Inc., et al
Case No.: 4:10-cv-01312-BRW – Dorothy Dechicco v. Pfizer, Inc., et al
Case No.: 4:10-cv-01315-BRW – Marjean Davis v. Greenstone, Ltd., et al
Case No.: 4:10-cv-01321-BRW – Carolyn Rogness v. Wyeth, et al
Case No.: 4:10-cv-01322-BRW – Linda Rock v. Pfizer, Inc., et al

Case No.: 4:10-cv-01327-BRW – Norma Shepard v. Pfizer, Inc., et al
Case No.: 4:10-cv-01348-BRW – Cynthia Sanders v. Pfizer, Inc., et al
Case No.: 4:10-cv-01349-BRW – Herbert Lee Rice, et al v. Pfizer, Inc., et al
Case No.: 4:10-cv-01354-BRW – Jo Ann Reeves v. Pfizer, Inc., et al
Case No.: 4:10-cv-01355-BRW – Francis Ray v. Wyeth, et al

Case No.: 4:10-cv-01363-BRW – Darlene Peterson v. Wyeth, et al
Case No.: 4:10-cv-01404-BRW – Pearl Erickson v. Pfizer, Inc., et al
Case No.: 4:10-cv-01405-BRW – Eileen Crisanti v. Pfizer, Inc., et al
Case No.: 4:10-cv-01573-BRW – Barbara Douglas v. Pfizer Inc., et al
Case No.: 4:10-cv-02072-BRW – Myriam Rodriguez v. Pfizer, Inc., et al

Case No.: 4:11-cv-00025-BRW – Charlotte Scanlon v. Pfizer, Inc., et al
Case No.: 4:11-cv-00099-BRW – Kim Essendrup, et al v. Pfizer, Inc., et al
Case No.: 4:11-cv-00107-BRW – Zora Cohen v. Wyeth, et al
Case No.: 4:11-cv-00112-BRW – Lauren Wessinger, et al v. Pfizer, Inc., et al
Case No.: 4:11-cv-00116-BRW – Sandra Raley v. Pfizer, Inc., et al

Case No.: 4:11-cv-00117-BRW – Linda Sheldon v. Pfizer, Inc., et al
Case No.: 4:11-cv-00119-BRW – Leila Donnelly v. Wyeth, et al
Case No.: 4:11-cv-00120-BRW – Frances Reed v. Wyeth, et al
Case No.: 4:11-cv-00202-BRW – Nether Behrends v. Greenstone, Ltd., et al
Case No.: 4:11-cv-00366-BRW – Lana Ehret v. Pfizer, Inc., et al

IT IS SO ORDERED this 8th day of February, 2013.

/s/ Billy Roy Wilson
UNITED STATES DISTRICT COURT